

STATE OF MINNESOTA

IN SUPREME COURT

A16-0435

March 23, 2016

**OFFICE OF
APPELLATE COURTS**

In re Petition for Transfer to Disability-Inactive Status of
Ralph F. Carter, a Minnesota Attorney,
Registration No. 0134910.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition under Rule 28, Rules on Lawyers Professional Responsibility (RLPR), for transfer of respondent Ralph F. Carter to disability-inactive status. The petition alleges that respondent has a physical condition and mental illness that render him unable to competently represent clients within the meaning of Rule 28(a), RLPR. The petition is also based on an opinion from the North Dakota Supreme Court that transferred respondent to incapacity-to-practice-law status. *In re Carter*, 854 N.W.2d 674, 675 (N.D. 2014).

Respondent waives the procedural rights provided by Rule 28(e), RLPR, and admits the allegations of the petition. The parties jointly recommend that respondent be immediately transferred to disability-inactive status.

1

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Ralph F. Carter is transferred to disability-inactive status effective as of the date of this order. While on disability-inactive status, respondent may not render legal advice, discuss legal matters with clients, or otherwise engage in the practice of law.

2. Respondent shall comply with Rule 26, RLPR (requiring notice of transfer to disability-inactive status to clients, opposing counsel, and tribunals).

3. If respondent seeks reinstatement to the active practice of law, he shall file a petition under Rules 18 and 28(d), RLPR.

Dated: March 23, 2016

BY THE COURT:

David R. Stras
Associate Justice